Keren E. Gesund
Nevada Bar No. 10881
GESUND & PAILET, LLC
5550 Painted Mirage Road, Suite #320
Las Vegas, NV 89149
(702) 300-1180 Telephone
(504) 265-9492 Facsimile
keren@gp-nola.com

*Attorneys for Plaintiff*
*MARIA G. REYESTORRE*

Trevor Waite, Esq.
Nevada Bar No. 13779
ALVERSON, TAYLOR, MORTENSEN & SANDERS
6605 Grand Montecito Pkwy, Ste 200
Las Vegas, Nevada 89149
(702) 384-7000 Telephone
(702) 385-7000 Facsimile
efile@alversontaylor.com

*Attorneys for Defendant,*
*SEATTLE SERVICE BUREAU, INC. DBA NATIONAL SERVICE BUREAU*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA G REYESTORRE, <br><br> Plaintiff, <br><br> vs. <br><br> SEATTLE SERVICE BUREAU, INC. DBA NATIONAL SERVICE BUREAU, A Washington Corporation <br><br> Defendant. | Case No.: 2:18-cv-00190-JCM-GWF <br><br> **[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> New Response Deadline: March 26, 2018 |

Pursuant to the Stipulation dated March 2, 2018, and for good cause, it is hereby ordered that Defendant SEATTLE SERVICE BUREAU, INC. DBA NATIONAL SERVICE BUREAU, A Washington Corporation, shall have an

extension of time, up to and including March 26, 2018, within which to respond to Plaintiff's Complaint.

**DATED:** _3/6/2018_____        _____/s/ George Foley Jr._____
                                     UNITED STATES MAGISTRATE JUDGE