ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Defendant,*
*SEATTLE SERVICE BUREAU, INC.*
*DBA NATIONAL SERVICE BUREAU*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA G REYESTORRE, on behalf of herself and those similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SERVICE BUREAU, INC. DBA NATIONAL SERVICE BUREAU, A Washington Corporation<br><br>Defendant. | Case No. 2:18-cv-00190-JCM-GWF<br><br>**STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiff MARIA G. REYESTORRE and Defendant SEATTLE SERVICE BUREAU, INC. DBA NATIONAL SERVICE BUREAU through their respective counsel of record, that this Stipulation to Dismiss be granted, and that the individual

///

///

///

1          KB/25593

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Action of Plaintiff MARIA G. REYESTORRE be dismissed with prejudice, and that the putative class claims asserted in the lawsuit be dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

IT IS SO STIPULATED.

Dated: September 11, 2018     GESUND & PAILET, LLC

                                        s/ Keren E. Gesund
                                        Keren E. Gesund
                                        Attorney for Plaintiff

Dated: September 11, 2018     ALVERSON TAYLOR & SANDERS

                                        s/ Trevor Waite
                                        Kurt Bonds
                                        Trevor Waite
                                        Attorneys for Defendant,
                                        *SEATTLE SERVICE BUREAU, INC. DBA*
                                        *NATIONAL SERVICE BUREAU*

## **ATTESTATION AND CERTIFICATE OF SERVICE**

I, Trevor Waite, am the ECF user whose identification and password are being used to file the Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation to Dismiss provided their authority and concurrence to file that document.

Dated: September 11, 2018     s/ Trevor Waite
                              Trevor Waite

ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant,*
*SEATTLE SERVICE BUREAU, INC. DBA NATIONAL SERVICE BUREAU*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA G REYESTORRE, on behalf of herself and those similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SERVICE BUREAU, INC. DBA NATIONAL SERVICE BUREAU, A Washington Corporation<br><br>Defendant. | Case No. 2:18-cv-00190-JCM-GWF<br><br>**ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff MARIA G. REYESTORRE and Defendant SEATTLE SERVICE BUREAU, INC. DBA NATIONAL SERVICE BUREAU. Good cause appearing, the Court grants the parties' Stipulation to dismiss the action as to MARIA G. REYESTORRE, with prejudice, and to dismiss without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A).

**IT IS SO ORDERED**.

Dated: September 12, 2018

_____
**HONORABLE JAMES C. MAHAN**
UNITED STATES DISTRICT JUDGE

1  KB/25593